IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-187-DCK

| | |
|---|---|
| ERNESTINE HOUCK, EXECUTRIX OF THE ESTATE OF WALTER MARK HOUCK, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRANDON PHIL HOWELL and JOSHUA HOPKINS, )<br>)<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Carl Horn, III, has reported to the Court that the parties reached a settlement on November 11, 2016. (Document No. 58). The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before December 19, 2016.

Signed: November 15, 2016

David C. Keesler
United States Magistrate Judge